MAGISTRATE JUDGE ARNOLD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | NO.  05-5125M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER GRANTING STIPULATED |
| | ) | MOTION TO EXTEND INDICTMENT |
| LUIS REA BARKER, | ) | DEADLINE |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Upon stipulation of the parties to continue the speedy indictment time to allow counsel to continue to investigate and negotiate this case, and upon the defendant's Waiver of Right to Speedy Indictment, the Court finds that such a continuance would serve the ends of justice, and that the failure to grant such continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, therefore,

//
//
//
//

ORDER GRANTING STIPULATED MOTION
TO EXTEND INDICTMENT DEADLINE        – 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

//

       IT IS HEREBY ORDERED that the time to file an indictment be continued to

September 9, 2005.  The period of delay resulting from this continuance from August 12,

2005, to September 9, 2005, is hereby excluded for speedy trial purposes under 18 U.S.C.

§3161(h)(8)(A) and (B).

       DONE this 1st day of August, 2005.


                  */s/ J. Kelley Arnold*
                  J. KELLEY ARNOLD
                  United States Magistrate Judge

Presented By:



/s/_____
Miriam F. Schwartz
Attorney for Defendant



/s/_____
Gregory Gruber
Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO EXTEND INDICTMENT DEADLINE    – 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**